From: ehspotts@indiana.edu <ehspotts@indiana.edu>
Sent: Monday, February 22, 2021 5:05 PM
To: Oestreich, Aimee Nicole <aburkert@iu.edu>
Subject: Important Message from the Office of Student Conduct - Cease and Desist



February 22, 2021

Zach Binowitz
Pi Lambda Phi
zbinowit@iu.edu

Dear Zach,

Indiana University is committed to creating a values based student organization community, which fosters a culture of care. There has been a report that Pi Lambda Phi may be involved in an alleged incident that is considered dangerous and disruptive to the university community.

Specifically, is it being alleged that Pi Lambda Phi facilitated hazing behaviors during the Spring 2021 semester including behaviors that would reasonably endanger the health and safety of new members.
Additionally, it is being alleged that Pi Lambda Phi and/or its members hosted an an event at an off-campus facility during the weekend of February 19-21, 2021 and that there were up to 150 people invited to the facility. This event allegedly exceeded local COVID-19 gathering limitations, violating the COVID-19 public health orders and regulations, and IU directives. Hosting an event where more than 15 individuals are present is a violation of the City of Bloomington Executive Order and the Indiana University Student Commitment Form. Hosting a party where individuals are not physically distancing or wearing facial coverings is a violation of the Monroe County Public Health Order and Regulations, the City of Bloomington Executive Order, and the Indiana University Student Commitment Form. Violation of these Directives related to COVID-19 presents a serious threat of harm to students, faculty, and staff and to the Indiana University campus community. These Directives are in place to slow and stop the spread of a communicable virus.

This alleged behavior is in violation of the following sections of the Code of Student Rights, Responsibilities, and Conduct (http://www.studentcode.iu.edu/).

1



**Pi Lambda Phi is ordered to suspend all activities immediately. Suspension of activities has been imposed pending the outcome of this investigation, because it has been alleged that your organization presents a substantial risk to members of the University community. Activity suspension prohibits hosting, attending, pairing, participating, and sponsoring any new member, chapter, or social activities or events until the final disposition of this case.**

**COVID-19 Reporting Form:** Any student who has tested positive is to complete the COVID-19 reporting form online. The COVID-19 Reporting Form will be kept confidential, except in the event of communicating critical information with local health and university officials as related to this outbreak. It is best for any individual students who have tested positive or are symptomatic to complete the form personally since it contains personal health information. Students can get a free COVID-19 test by going through IU's virtual screening application.

**You are to send a list of event attendees and/or guests present at the chapter facility, including for all events or gathering, between 2/19/2021 through 2/21/2021, to Public Safety and Institutional Assurance at avppsia@iu.edu and to the Office of Student Conduct by emailing jstelma@iu.edu.** If anyone on this list has tested positive, it will help expedite the ability for the contact tracing team to notify individuals who may have been impacted. If attendees on this list have tested positive, this list of guests and visitors in the facility will help expedite the ability for the local health department to conduct contact tracing to notify individuals who may have been impacted. This list may also be used to assess if conduct violations took place.

**Required VIRTUAL Organization Meeting:** You are to schedule a meeting to occur with your organization's full membership within the next 3 business days. You are to communicate with Associate Director Alexis Karwoski from the Office of Sorority and Fraternity Life in this planning. The purpose of this meeting is solely to address the Cease and Desist/ Suspension of Activities order with all members. The meeting should last no longer than 1 hour; no other organization business may occur, unless approved by the Office of Student Conduct. Members should participate from their own devices, may not be present in a chapter-operated facility if they do not live there, and should not gather together while virtually attending the meeting. Both your organization advisor and a staff person from the Office of Sorority and Fraternity Life **must** be present for the entirety of the meeting. You must CC Alexis Karwoski at karwoski@indiana.edu to the email alerting your membership of this meeting so that she may help coordinate staff presence.

**Required VIRTUAL Meeting with the President:** As President, we are asking to meet with you as soon as possible as part of the investigation. Please email Office of Student Conduct to schedule a meeting to occur with Assistant Director Jackie Stelmaszczyk as soon as possible. She can be reached at jstelma@iu.edu.

**Permitted VIRTUAL Activities:** Any of the following permitted meetings must occur virtually with OSFL staff present, may not occur in a chapter/organization owned or operated facility, and organization members may not gather for any other additional purpose(s). While on Cease and Desist, the student organization must:

- Complete educational meetings and programs facilitated by staff in the OSFL and SILC, and/or sponsoring academic department (e.g. OSFL Chapter Coach/IU Advisor meetings with organization president). Additionally, educational programming requirements as outlined by OSFL, SILC, and/or sponsoring academic department (e.g. ASTP, SF101/201, and Step UP! Bystander Intervention Training) are still expected to be completed.
- Complete any previously issued action plans from OSC by the deadline unless otherwise noted.
- Organization accountability/standards meetings with individual students who may have participated in and/or planned the alleged activities. *If these meetings are outlined as private in your organization's governing documents, please inform your OSFL Chapter Coach of the date and time of the scheduled meetings. In this event, the OSFL Chapter Coach is not required to be present and an affiliated Chapter Advisor may take their place.*

**Petition to this Directive:** Within 5 business days of the Cease and Desist being issued, the student organization may petition the Vice Provost for Student Affairs and/or their designee to have the Cease and Desist modified or removed. This petition does not replace the disciplinary process. The petition must be made in writing, via email to the Vice Provost for Student Affairs, by the student organization leadership. The Vice Provost can be reached via email at VPSA@indiana.edu. This petition must include why the Cease and Desist should be modified or removed, and must demonstrate that the organization does not pose a continuing danger to person or property, or an ongoing threat of disrupting the academic process. The designated reviewer will render a decision without undue delay.

It is expected that Pi Lambda Phi will fully cooperate with this investigation. Any acts impeding the disciplinary process are prohibited. The University prohibits retaliation against those who file complaints or otherwise participate in the disciplinary process. Violations include but are not limited to any type of phone call, voice mail message, personal contact, social media (Twitter, Facebook, Snapchat, Instagram, etc.), text messaging, letter, email, message delivered by a third party, being in their presence, or contact with other's personal property. Failure to comply with the investigation or an act of retaliation will result in penalties, including, but not limited to a filing of additional charges under the Student Code of Conduct and loss of recognition.

Please know that representatives from the Monroe County Health Department are being copied to this letter, per Item #11 in the [Updated Public Health Regulations for Residential, Communal Facilities](). Additional communication may come to you directly from the Monroe County Health Department.

This Immediate Suspension of Activities and Cease and Desist Order is being copied to your organization's advisors for assistance in determining the organization's responsibility in the incidents.

**Further, Pi Lambda Phi is mandated to provide a complete roster of new and active members, their IU emails and any leadership position they may hold for the organization. You are also mandated to provide the list of attendees at the event and/or guests present at organization-facilities as mentioned above. This must be sent to the Office of Student Conduct via email at [jstelma@iu.edu](mailto:jstelma@iu.edu) by 12:00pm noon ET tomorrow, 2/23/201.**

Please cooperate fully with IUPD, the Office of Sorority and Fraternity Life, the Student Involvement and Leadership Center, and the Office of Student Conduct.

Sincerely,

*[signature]*

Libby Spotts
Associate Dean
Office of Student Conduct

cc:
Office of Student Conduct
Office of Sorority and Fraternity Life
Margie Rice, Monroe County Health Department Representative
Calvin Carie, Headquarters Staff
Ian Lowe, Headquarters Staff
Barry Magee, Chapter Advisor

Internal Incident Number: 00280-001-2021