**From:** IHQ Chapter Services <chapter.services@pilambdaphi.org>
**Sent:** Tuesday, April 27, 2021 5:48 PM
**To:** Karwoski, Alexis LeeAnn <karwoski@indiana.edu>
**Subject:** [External] Pi Lambda Phi - IN Alpha Theta - Operational Suspension Notice

This message was sent from a non-IU address. Please exercise caution when clicking links or opening attachments from external sources.





Date: 4/27/2021
Chapter: IN Alpha Theta
School: Indiana University

Executive Board & Members,

Please be advised that the International Executive Council President, pursuant to Section J. 6. of the Pi Lambda Phi Bylaws, has **suspended** your chapter/colony's operations. This suspension is in response to the allegations brought forth to the Indiana University, Office of Fraternity and Sorority Life. The current Rex; Zachary

1



Binowitz, has been suspended as well based on the recent allegations.  In the next 24 hours we will be working to appoint a new leader as representative.  Over the next 24 hours, all communication should be routed to Calvin Carie, Asst. Executive Director, Pi Lambda Phi Fraternity  via email, calvin.carie@pilambdaphi.org

Suspension means that the chapter/colony must take all action necessary to remain a member of the respective university, IFC and/or similar governing bodies only; **all** other activities are not allowed.

- The chapter will not hold itself out as a chapter of Pi Lambda Phi. This includes but is not limited to:
    - Prohibition of participation in events where any individual(s) and/or group(s) would associate a chapter of Pi Lambda Phi Fraternity being associated with;
    - The Chapter may not orally, in writing, or by symbol represent itself as a Chapter of Pi Lambda Phi Fraternity in any campus activities. Campus activities include, but are <u>not</u> limited to the following:
        - Greek Week/Greek Games
        - Intramural sports/events; and/or
        - Social events
- Recruitment
    - Recruitment will not be permitted unless approval is obtained from the Assistant Executive Director
    - A group under suspension must submit a written proposal stating how continuing recruitment will help to meet their financial obligations
- New Member Education
    - New Member Education will not be permitted to begin nor continue unless approval is obtained from the Assistant Executive Director.
    - A group under suspension must submit a written proposal stating how continuing the new member education period will help to meet their financial obligations
        - Approval will only be given if new member fees are paid as detailed in the new member and initiation policy.

This serious action was predicated by the chapter's failure to adhere to OFSL requirements outlined in the Cease & Desist order.

Fraternally,

Calvin Carie
Assistant Executive Director
Pi Lambda Phi Fraternity
calvin.carie@pilambdaphi.org

CC:
Chapter Coach(es)
IHQ Chapter Representative



Facebook          Twitter          LinkedIn

Copyright © 2020 Pi Lambda Phi
All Rights Reserved

unsubscribe