**From:** Zach Binowitz <zbinowit@iu.edu>
**Sent:** Wednesday, April 28, 2021 9:28 AM
**To:** Petit, Tiffany Deann <tpetit@iu.edu>
**Subject:** Re: Appeal Statement

11:00 AM would work for my hearing. Ill be awaiting to receive my file so that I can review it later today.

Thank you,
Zach Binowitz

On Wed, Apr 28, 2021 at 9:03 AM Petit, Tiffany Deann <tpetit@iu.edu> wrote:

> Zach,
>
> We have received your appeal request. We have a panel available tomorrow at 11:00 AM. Would this work for your hearing?
>
> If we scheduled this hearing time I will work with Courtney to have your file ready to review by this afternoon.
>
> Please let me know as soon as possible so we can secure the panel.
>
> Thanks,
>
> Tiffany Petit
>
> she/her/hers
>
> Office Services Assistant
>
> Office of Student Conduct

1

**Exhibit D**

Alice Nelson Building

801 N. Jordan Ave.

Bloomington, IN 47401

(812) 855-9976



CONFIDENTIALITY NOTICE: This e-mail and any attachments contain private, privileged and confidential information belonging to the sender.  The information therein is solely for the use of the addressee.  If the receipt of this transmission has occurred as the result of an error, please immediately notify us so we can arrange for the return of the documents.  You are advised that you may not disclose, copy, distribute or take any other action on the information transmitted.

---

**From:** Zach Binowitz <zbinowit@iu.edu>
**Sent:** Tuesday, April 27, 2021 7:42 PM
**To:** Office of Student Conduct <osc@indiana.edu>
**Subject:** Appeal Statement

In response to my Summary Suspension issued to me on April 27, 2021 I would like to request a formal review of the case before the University Hearing Commission. Please let me know when I can make my case to the University Hearing

Commission. Finishing my education and completing my degree is my top priority. Completing my education this semester is especially important. Looking forward to your response.

Best,

Zachary Binowitz