UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ZACHARY BINOWITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02903-JRS-MJD |
| | ) | |
| TRUSTEES OF INDIANA UNIVERSITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendants' Unopposed Motion to Vacate and Reschedule May 9, 2022 Telephonic Status Conference. [Dkt. 43.]  The Court, being duly advised, hereby **GRANTS** the motion. The May 9, 2022 Telephonic Status Conference is **RESCHEDULED** to **Friday, May 6, 2022 at 10:30 a.m. (Eastern)**.  All other requirements of the Court's Order scheduling the conference [Dkt. 42 ] remain in effect.

SO ORDERED.

Dated:  29 APR 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.