**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **ZACHARY BINOWITZ,**<br><br>*Plaintiff,*<br>v.<br><br>**THE TRUSTEES OF INDIANA UNIVERSITY, INDIANA UNIVERSITY BLOOMINGTON, LAUREN ROBEL, in her individual and official capacity, KATHY ADAMS RIESTER, in her individual and official capacity, and LIBBY SPOTTS, in her individual and official capacity,**<br><br>*Defendants.* | Civil Action No. 1:21-cv-2903-JRS-MJD |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Zachary Binowitz and Defendants, The Trustees of Indiana University, Indiana University Bloomington, Lauren Robel, in her individual and official capacity, Kathy Adams Riester, in her individual and official capacity, and Libby Spotts, in her individual and official capacity, by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

                                NESENOFF & MILTENBERG, LLP
                                363 Seventh Avenue, Fifth Floor
                                New York, New York 10001
                                (212) 736-4500

Dated: August 3, 2022       By:    *s/ Janine L. Peress*
New York, New York                  Janine L. Peress, Esq.

                                *Attorneys for Plaintiff, Zachary Binowitz*

                         TAFT STETTINIUS & HOLLISTER, LLP
                               One Indiana Square, Suite 3500
                               Indianapolis, Indiana 46204-2023
                               (317) 713-3500

Dated: August 3, 2022         By:    <u>*s/ Tracy Betz*</u>
Indianapolis, Indiana                    Tracy Betz, Atty. No. 24800-53

                                 *Attorneys for Defendants, The Trustees of Indiana University, Indiana University Bloomington, Laurel Robel, Kathy Adams Riester, and Libby Spotts*

It is SO ORDERED this

\_\_\_\_\_ day of _____, 2022

_____
Hon. _____, U.S.D.J.