Acknowledged. JRS, DJ, 8/4/22.

Distribution to all counsel of record via CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **ZACHARY BINOWITZ,**<br><br>　　　　　　　*Plaintiff,*<br><br>　v.<br><br>**THE TRUSTEES OF INDIANA UNIVERSITY, INDIANA UNIVERSITY BLOOMINGTON, LAUREN ROBEL, in her individual and official capacity, KATHY ADAMS RIESTER, in her individual and official capacity, and LIBBY SPOTTS, in her individual and official capacity,**<br><br>　　　　　　　*Defendants.* | Civil Action No. 1:21-cv-2903-JRS-MJD |

　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Zachary Binowitz and Defendants, The Trustees of Indiana University, Indiana University Bloomington, Lauren Robel, in her individual and official capacity, Kathy Adams Riester, in her individual and official capacity, and Libby Spotts, in her individual and official capacity, by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

　　　　　　　　　　　　　　　NESENOFF & MILTENBERG, LLP
　　　　　　　　　　　　　　　363 Seventh Avenue, Fifth Floor
　　　　　　　　　　　　　　　New York, New York 10001
　　　　　　　　　　　　　　　(212) 736-4500

Dated: August 3, 2022　　　By:　*s/ Janine L. Peress*
New York, New York　　　　　　Janine L. Peress, Esq.

　　　　　　　　　　　　　　　*Attorneys for Plaintiff, Zachary Binowitz*

TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
(317) 713-3500

Dated: August 3, 2022    By:   *s/ Tracy Betz*
Indianapolis, Indiana          Tracy Betz, Atty. No. 24800-53

*Attorneys for Defendants, The Trustees of Indiana University, Indiana University Bloomington, Laurel Robel, Kathy Adams Riester, and Libby Spotts*